UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINA UWALAKA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:03CV696-SNL |
| WYETH and JOHN S. DANIELS, M.D., | ) |
| Defendants. | ) |

## JUDGMENT

For the reasons set out in the accompanying Order,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the order of the United States District Court for the Eastern District of Pennsylvania, dated September 29, 2004, dismissing him from this case as fraudulently joined is certified as final under Federal Rules of Civil Procedure 54(b).

**IT IS FURTHER ORDERED** that plaintiff's alternative motion for stay of Rule 54(b) proceedings is **DENIED**.

Dated this 14th day of July, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE